1   G. David Rubin, Esq. (SBN 181293)
    Amaris P. Mao, Esq. (SBN 274477)
2   LITCHFIELD CAVO LLP
    251 S. Lake Ave., Ste. 750
3   Pasadena, CA 91101
    Tel: (626) 683-1100
4   Fax: (626) 683-1113
    rubin@litchfieldcavo.com
5   mao@litchfieldcavo.com

6   Attorneys for Plaintiff-In-Interpleader
    ING USA ANNUITY LIFE INSURANCE COMPANY

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10  ING USA ANNUITY LIFE INSURANCE )   Case No.: 2:14-cv-03947-RGK-AJW
    COMPANY, an Iowa corporation,    )
11                                   )
          Plaintiff-in-Interpleader, )   [PROPOSED] JUDGMENT FOR
12                                   )   PLAINTIFF-IN-INTERPLEADER ING
          v.                         )   USA ANNUITY LIFE INSURANCE
13                                   )   COMPANY'S MOTION FOR
    MARK JOSEPH LANGE, individually and)  DISCHARGE, ENTRY OF
14  as Trustee for the Gerald M. Lange )   JUDGMENT AND FOR AN AWARD
    Revocable Trust dated 12/28/1990; )   OF ATTORNEY'S FEES
15  CHARLENE C. LANGE, individually and )
    as Trustee for the Gerald M. Lange )   [Filed concurrently with Notice of Motion
16  Revocable Living Trust dated 12/05/1996; )  and Motion; Declaration of Laura
    and DOES 1-10, inclusive,        )   Petheram; Declaration of Amaris P. Mao;
17                                   )   and Request for Judicial Notice]
          Defendants-in-Interpleader. )
18                                   )   Hearing:
                                     )   Date: September 15, 2014
19                                   )   Time: 9:00 a.m.
                                     )   Dept.: 850
20                                   )

21  _____

22      In accordance with, and for the reasons stated in the _____ OCT 1 7 2014

23  Order of this Court granting Plaintiff ING USA ANNUITY LIFE INSURANCE

24  COMPANY's, formerly known as Golden American Life Insurance Company ("ING

25  USA") Motion for Discharge pursuant to ~~Rule 22 of the Federal Rules of Civil~~  28 U.S.C. § 1335

26  ~~Procedure;~~

27  ///

28  ///

                                -1-
    [PROPOSED] JUDGMENT FOR PLAINTIFF ING USA ANNUITY LIFE INSURANCE
    COMPANY'S MOTION FOR DISCHARGE, ENTRY OF JUDGMENT AND FOR AN AWARD OF
    ATTORNEY'S FEES

cc: FISCAL

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1.     ING USA and its agents, affiliates, parents, subsidiaries, attorneys or assigns will be DISCHARGED of all liability with respect to the ~~subject Contract and/or the~~ benefit proceeds under the Contract that are the subject of this action;

2.     Defendants-in-Interpleader MARK JOSEPH LANGE, individually and as Trustee for the Gerald M. Lange Revocable Trust dated 12/28/1990; CHARLENE C. LANGE, individually and as Trustee for the Gerald M. Lange Revocable Living Trust dated 12/05/1996; and DOES 1-10, inclusive, and each of them, and their agents, estates, attorneys or assigns are permanently enjoined from instituting any suit at law or equity, or action or proceeding of any kind whatsoever against ING USA and its agents, affiliates, parents, subsidiaries, attorneys or assigns, with respect to the ~~subject Contract and/or the~~ benefit proceeds under the Contract;

3.     ING USA will deposit a check for the benefits proceeds under the Contract, less it's reasonable attorney's fees, plus applicable interest calculated from the date the Contract is liquidated until the last date possible that the check will be received by the Clerk of the Court at an annual simple interest rate of 0.5%, within 7 court days of the Court signing and serving an order granting ING USA's Motion for Discharge;

4.     ING USA will be DISMISSED from this action with prejudice as to all claims relating to the ~~subject Contract and/or the~~ benefits proceeds under the Contract, upon the depositing of the benefit proceeds due under the Contract, less it's reasonable attorney's fees, plus applicable interest as stated above, with the Clerk of the Court.

Dated: OCT 1 7 2014 _____        By: _____
                                                  United States District Judge

[PROPOSED] JUDGMENT FOR PLAINTIFF ING USA ANNUITY LIFE INSURANCE COMPANY'S MOTION FOR DISCHARGE, ENTRY OF JUDGMENT AND FOR AN AWARD OF ATTORNEY'S FEES