```
Priority    ____
Send        ____
Enter       ____
Closed      ____ ✓
JS-5/JS-6   ____ ✓
JS-2/JS-3   ____
Scan Only   ____
```

Goodstein & Berman, LLP
523 W. 6th Street, Suite 1228
Los Angeles, CA 90012

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ING USA ANNUITY LIFE INSURANCE COMPANY, an Iowa corporation,<br><br>   Plaintiff-in-Interpleader,<br>v.<br>MARK JOSEPH LANGE, individually and as Trustee for the Gerald M. Lange Revocable Trust dated 12/28/1990; CHARLENE C. LANGE, individually and as Trustee for the Gerald M. Lange Revocable Living Trust dated 12/05/1996; and DOES 1-10, inclusive<br><br>   Defendants-in-Interpleader | Case No. 2:14-cv-03947-RGK-AJW<br><br>[PROPOSED] STIPULATED JUDGMENT FOR DISTRIBUTION OF INTERPLEADER PROCEEDS PURSUANT TO SETTLEMENT |

Following a settlement conference before Honorable Andrew J. Wistrich on May 11, 2015, defendant-in-interpleader Mark Joseph Lange, individually and as Trustee of the Gerald M. Lange Revocable Trust dated

[PROPOSED] STIPULATED JUDGMENT FOR DISTRIBUTION OF INTERPLEADER PROCEEDS PURSUANT TO SETTLEMENT

12/28/1990 ("Mark"), and defendant-in-interpleader Charlene Lange, individually and as Trustee of the Gerald M. Lange Revocable Living Trust dated 12/05/1996 ("Charlene"), entered into a binding settlement to fully and finally resolve their competing claims to the proceeds of that certain annuity contract identified as Deferred Variable Annuity Contract C006739-AR issued by stakeholder ING USA Annuity Life Insurance Company ("ING") [Docket No. 51].

The annuity proceeds, in the amount of $206,393.31 (the "Stake"), were deposited with the Clerk of the above-entitled Court by ING on or about October 24, 2014 [Docket No. 33], pursuant to the Judgment of Discharge and Dismissal of ING entered on or about October 17, 2014 [Docket No. 32].

Pursuant to the terms of the parties' settlement, Mark and Charlene being the sole claimants to the Stake, stipulate and agree to the distribution of the Stake as follows: 80% of the interpleader proceeds including interest to Mark Joseph Lange as Trustee of the Gerald M. Lange Revocable Trust dated 12/28/1990, and 20% of the interpleader proceeds including interest to Charlene Lange as Trustee of the Gerald M. Lange Revocable Living Trust dated 12/05/1996.

Based on the settlement and stipulation of the parties as described herein, the **Court hereby orders, adjudges and decrees that JUDGMENT be and hereby is entered as follows:**

1. Mark Joseph Lange as Trustee of the Gerald M. Lange Revocable Trust dated 12/28/1990 is awarded 80% of the interpleader proceeds on deposit with the Clerk of Court, including interest thereon; and

2. Charlene Lange as Trustee of the Gerald M. Lange Revocable Living Trust dated 12/05/1996 is awarded 20% of the interpleader proceeds on deposit with the Clerk of Court, including interest thereon.

3. All parties shall bear their own attorneys' fees and costs of suit herein.

4. The parties hereto waive their right to a new trial and appeal related to this action.

5. The Clerk of Court is ordered to distribute forthwith the interpleader proceeds on deposit in conformance with the foregoing.

DATED: MAY 29 2015

*/s/ Gary Klausner*
Honorable Gary Klausner
Judge of the United States District Court

Respectfully submitted by:

_____/s/ (electronically signed with telephonic consent)____
MARK JOSEPH LANGE, individually
and as Trustee of the Gerald M. Lange
Revocable Trust dated 12/28/1990

GOODSTEIN & BERMAN LLP

By:_____/s/ (electronically signed with consent)____
Gary J. Goodstein (SBN 166240)
Attorneys for CHARLENE C. LANGE, individually
and as Trustee of the Gerald M. Lange
Revocable Living Trust dated 12/05/1996